Official Form 1 (10/06)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Armato, Keith Charles** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-6917** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**780 Foxdale**<br>**Winnetka, IL**<br>ZIP Code **60093** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** SCOTT R. CLAR 06183741 ***

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ |

Official Form 1 (10/06)                                                                                    **FORM B1**, Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Armato, Keith Charles** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                                          FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Armato, Keith Charles**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Keith Charles Armato**

Signature of Debtor **Keith Charles Armato**

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**February 16, 2007**

Date

**Signature of Attorney**

**X** **/s/ SCOTT R. CLAR**

Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**

Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**

Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777**

Telephone Number

**February 16, 2007**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

_____

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Keith Charles Armato__                          Case No. _____

Debtor(s)                Chapter   __7__   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Keith Charles Armato**
                        **Keith Charles Armato**

Date:   **February 16, 2007**

Certificate Number: 00478-ILN-CC-001444210

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 15, 2007 , at 10:36 o'clock AM EST ,

Keith Charles Armato received from

Springboard Nonprofit Consumer Credit Management, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: February 15, 2007      By   /s/Susan M Cusack

                             Name   Susan M Cusack

                             Title   Operations Manager

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Keith Charles Armato**                            ,      Case No. _____
                                  Debtor                Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 860,000.00 | | |
| B - Personal Property | Yes | 4 | 65,707.10 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 796,910.10 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 292,463.30 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 9,532,695.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,678.44 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 11,005.95 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 925,707.10 | | |
| Total Liabilities | | | | 10,622,069.15 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Keith Charles Armato**                                                    ,    Case No. _____

                                                    Debtor

                                                              Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Form B6A
(10/05)

In re  **Keith Charles Armato**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Home, 780 Foxdale, Winnetka, Illinois 60093** | **Tenant by the entirety with Mary B. Armato** | **J** | **860,000.00** | **766,242.60** |

|  |  |  |
|---|---|---|
| Sub-Total > | **860,000.00** | (Total of this page) |
| Total > | **860,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Keith Charles Armato**                                                    Case No. _____
                                                                        ,
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **MB Financial a/c # 110434500** | - | 298.35 |
| | | | **MB Financial 6111 N. River Rd., 7th Fl., Rosemont, IL 60018 a/c # 110441500** | - | 8.75 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, rugs, sofas, dining room set, bedroom sets** | J | 2,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Oil painting by David Della Venitzia** | J | 3,000.00 |
| 6. | Wearing apparel. | | **Clothing** | - | 500.00 |
| 7. | Furs and jewelry. | | **Patek Phillipe watch** | H | 8,000.00 |
| | | | **Patek Philippe Watch** | H | 7,000.00 |
| | | | **Cufflink - stud set** | H | 9,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Nikon F5 camera** | H | 800.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Omaha Policy BU 1077090 - Universal Life with face value $1,800,000, owner: Keith Armato; beneficiary: Mary Armato - policy expires May 10, 2010 - no cash value** | - | 0.00 |

|  | Sub-Total > | 31,107.10 |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re  **Keith Charles Armato**                                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **West Coast Life Insurance Policy # ZUA372732 - Universal Life face value of $500,000, Beneficiary: Mary Armato Insurance Trust; Keith Armato is trustee; the beneficiaries of the trust are Keith Armato, Amanda Magnano (daughter) and Dominic Armato (son) (no cash value)** | **-** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **100% interest in VVGI Corp.** | **-** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Keith Charles Armato**                                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Toyota Avalon** | **J** | **30,000.00** |
| | | **2002 Toyota Rav 4** | **H** | **4,600.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >        **34,600.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Keith Charles Armato**                                          ,    Case No. _____
                                           Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > | **0.00** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **65,707.10** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6C
(10/05)

In re   **Keith Charles Armato**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Home, 780 Foxdale, Winnetka, Illinois 60093** | **735 ILCS 5/12-901** | **15,000.00** | **860,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **MB Financial a/c # 110434500** | **735 ILCS 5/12-1001(b)** | **298.35** | **298.35** |
| **MB Financial** **6111 N. River Rd., 7th Fl., Rosemont, IL 60018** **a/c # 110441500** | **735 ILCS 5/12-1001(b)** | **8.75** | **8.75** |
| **Household Goods and Furnishings** | | | |
| **Furniture, rugs, sofas, dining room set, bedroom sets** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **100%** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **Omaha Policy BU 1077090 - Universal Life with face value $1,800,000, owner: Keith Armato; beneficiary: Mary Armato - policy expires May 10, 2010 - no cash value** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **West Coast Life Insurance Policy # ZUA372732 - Universal Life face value of $500,000, Beneficiary: Mary Armato Insurance Trust; Keith Armato is trustee; the beneficiaries of the trust are Keith Armato, Amanda Magnano (daughter) and Dominic Armato (son) (no cash value)** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **100% interest in VVGI Corp.** | **735 ILCS 5/12-704** | **0.00** | **0.00** |
| | Total: | **18,307.10** | **863,307.10** |

  **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Official Form 6D (10/06)

In re    **Keith Charles Armato**                                            ,    Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **56 803 5382647861** <br><br> **National City** <br> **P.O. Box 856153** <br> **Louisville, KY 40285-6153** | X | - | **10/28/03** <br><br> **Home equity line of credit** <br><br> **Single Family Home, 780 Foxdale, Winnetka, Illinois 60093** <br> Value $              **860,000.00** | | | | **44,493.43** | **0.00** |
| Account No. **0002310747** <br><br> **National City Mortgage** <br> **P.O. Box 17677** <br> **Baltimore, MD 21297-1677** | X | - | **10/28/03** <br><br> **First Mortgage attaching to primary residence** <br><br> **Single Family Home, 780 Foxdale, Winnetka, Illinois 60093** <br> Value $              **860,000.00** | | | | **721,749.17** | **0.00** |
| Account No. <br><br> **Toyota Financial Services** <br> **P.O. Box 5855** <br> **Carol Stream, IL 60197-5855** | X | - | **2007 Toyota Avalon** <br><br><br> Value $              **30,000.00** | | | | **30,667.50** | **667.50** |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |

|  | | Subtotal <br> (Total of this page) | **796,910.10** | **667.50** |
|---|---|---|---|---|
| __0__ continuation sheets attached | | Total <br> (Report on Summary of Schedules) | **796,910.10** | **667.50** |

Official Form 6E (10/06)

In re    **Keith Charles Armato**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (10/06) - Cont.

In re   **Keith Charles Armato**                                    ,   Case No. _____
                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Federal Unemployment Tax Internal Revenue Service P.O. Box 1269 Charlotte, NC 28201-1269** | X | - | | | | | **Unknown** | | **Unknown** **Unknown** |
| Account No. **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60601** | X | - | Statement 10/14 | | | | **5,504.75** | **0.00** | **5,504.75** |
| Account No. **Illinois Deptment of Revenue Springfield, IL 62719-0001** | | - | withholding liability for VVGI Corporation | | | | **10,000.00** | **0.00** | **10,000.00** |
| Account No. **Illinois Director of Unemployment P.O. Box 19300 Springfield, IL 62794** | X | - | statement 11/04 | | | | **26,958.55** | **0.00** | **26,958.55** |
| Account No. **Internal Revenue Service Kansas City, MO 64999** | X | - | Withholding liability for VVGI Corp. | | | | **250,000.00** | **0.00** | **250,000.00** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 **292,463.30** | **292,463.30** |
| Total (Report on Summary of Schedules) | 0.00 **292,463.30** | **292,463.30** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06)

In re    **Keith Charles Armato**                                        ,    Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | Factor | | | | |
| **Access Capital** **405 Park Ave., 16th Fl.** **New York, NY 10022** | X | - | | | | | | 8,030.57 |
| Account No. | | | | | | | | |
| **Advanced Telecommunications** **1811 Centre Point Circle** **Naperville, IL 60563** | X | - | | | | | | 4,692.29 |
| Account No. | | | | | | | | |
| **Africk Chez P.C.** **770 Lake Cook Rd., Ste. 350** **Deerfield, IL 60015** | | - | | | | | | 10,235.00 |
| Account No. | | | | expenses and wages | | | | |
| **Amanda Magnano** **780 Foxdale** **Winnetka, IL 60093** | X | - | | | | | | 13,144.34 |
| | | | | Subtotal (Total of this page) | | | | 36,102.20 |

__14__  continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:21307-061102    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Keith Charles Armato**                                    ,    Case No. _____
                                    **Debtor**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | internet services | | | | |
| AT&T P.O. Box 13134 Newark, NJ 07112 | X | - | | | | | | 619.58 |
| Account No. | | | | DSL Services | | | | |
| AT&T P.O. Box 277019 Atlanta, GA 30384 | X | - | | | | | | 121.21 |
| Account No. | | | | DSL Services | | | | |
| AT&T P.O. Box 830019 Baltimore, MD 21283 | X | - | | | | | | 159.90 |
| Account No. | | | | T1 Service | | | | |
| AT&T Bill Payment Center Saginaw, MI 48663 | X | - | | | | | | 1,960.38 |
| Account No. | | | | POTS Service | | | | |
| AT&T Bill Payment Center Saginaw, MI 48663 | X | - | | | | | | 126.07 |

Sheet no. __1___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **2,987.14**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Keith Charles Armato**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**P.O. Box 17220**<br>**Baltimore, MD 21297-1220** | - | | | | | | 2,994.56 |
| Account No.<br><br>**Beaute Prestige Intl.**<br>**900 3rd Ave., 9th Fl.**<br>**New York, NY 10022** | - | | | | | | 27,830.00 |
| Account No.<br><br>**Bergdorf Goodman**<br>**1201 Elm Street, Ste. 2800**<br>**Dallas, TX 75270** | - | | | | | | 110,000.00 |
| Account No.<br><br>**Bloomingdale's**<br>**P.O. Box 183083**<br>**Columbus, OH 43218-3083** | - | | | | | | 486.90 |
| Account No.<br><br>**CA Employee Development**<br>**P.O. Box 826276**<br>**Sacramento, CA 94230** | X - | | | | | | 1,985.79 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **143,297.25**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Keith Charles Armato**                                                          , Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chicago Messenger Service**<br>**3188 Eagle Way**<br>**Chicago, IL 60678** | X | - | **Delivery Service** | | | | 9.25 |
| Account No.<br><br>**Ciga Gestioni SRI**<br>**Piazza Ognissanti 3**<br>**50100 Firznze**<br>**Italy** | | - | | | | | 13,065.12 |
| Account No. **289025747**<br><br>**Cingular Wireless**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197** | X | - | | | | | 651.40 |
| Account No. **38347595**<br><br>**Cingular Wireless**<br>**P.O. Box 8229**<br>**Aurora, IL 60572** | X | - | **cell phones** | | | | 1,219.14 |
| Account No. **254090376**<br><br>**Cingular Wireless**<br>**P.O. Box 8220**<br>**Aurora, IL 60572** | X | - | | | | | 266.40 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,211.31

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Keith Charles Armato**                                          ,   Case No. _____

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Citicorp Diners Club** <br> **Dept. 341** <br> **Denver, CO 80281-0341** | | - | | | | | 43,199.92 |
| Account No. <br><br> **Classic Color** <br> **2424 S. 25th Ave.** <br> **Broadview, IL 60155** | X | - | prepress service | | | | 22,768.50 |
| Account No. <br><br> **CNA Insurance** <br> **P.O. Box 790094** <br> **Saint Louis, MO 63179** | X | - | | | | | 5,377.69 |
| Account No. <br><br> **Com Ed** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | X | - | Utility | | | | 442.66 |
| Account No. <br><br> **Conterm Consolidation** <br> **P.O. Box 51064** <br> **Los Angeles, CA 90051** | X | - | | | | | 90.00 |

| | |
|---|---|
| Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   **71,878.77** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Keith Charles Armato**                                              ,  Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cristo Rey** <br>**1852 W. 22nd Place** <br>**Chicago, IL 60608** | | - | **Outside Labor** | | | | 42,500.00 |
| Account No. <br><br>**Dave Heeman** <br>**147 N. Ridgeland, Unit 3S** <br>**Oak Park, IL 60302** | X | - | **expenses and wages** | | | | 10,388.45 |
| Account No. <br><br>**Diner's Fugazy Travel** <br>**111 N. Wabash Ave., Ste. 820** <br>**Chicago, IL 60602** | X | - | **travel agent - airfare** | | | | 5,051.10 |
| Account No. <br><br>**Dominic Armato** <br>**1921 W. North Ave. #1** <br>**Chicago, IL 60622** | X | - | **employee expenses** | | | | 62,475.69 |
| Account No. <br><br>**East Bank Club** <br>**500 N. Kingsbury St.** <br>**Chicago, IL 60610** | | - | | | | | 1,235.25 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **121,650.49**

Official Form 6F (10/06) - Cont.

In re    **Keith Charles Armato**                                     ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | shipping | | | | |
| FedEx P.O. Box 94515 Palatine, IL 60094 | X | - | | | | | 447.27 |
| Account No. | | | | | | | |
| Fr. Wayne Watts St. John Berchmans 2517 W. Logan Blvd. Chicago, IL 60647 | | - | | | | | 13,000.00 |
| Account No. | | | | | | | |
| Gardner Carton Douglas LLP 191 N. Wacker Dr., Ste. 3700 Chicago, IL 60606 | X | - | | | | | 9,515.55 |
| Account No. | | | | | | | |
| Global Phone 137 N. Washington St., Ste. 200 Falls Church, VA 22046 | X | - | | | | | 175.40 |
| Account No. | | | legal services | | | | |
| H.W. Fisher Acre House 11/15 William Rd. London UK NW1 3ER | X | - | | | | | 6,207.99 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 29,346.21

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Keith Charles Armato**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | overdraft | | | | |
| **Harris Bank** **500 Skokie Blvd.** **Northbrook, IL 60062** | X | - | | | | | 8,395.20 |
| Account No. | | | trade show | | | | |
| **HBA Global Expo** **125 Village Blvd, #220** **Princeton, NJ 08540** | X | - | | | | | 2,750.00 |
| Account No. | | | | | | | |
| **Healthcare Service** **P.O. Box 1186** **Chicago, IL 60690** | X | - | | | | | 28,286.18 |
| Account No. | | | | | | | |
| **Helen Grace** **2369 E. Pacifica Place** **Rancho Dominque, CA 90220** | X | - | | | | | 5,223.15 |
| Account No. | | | | | | | |
| **Howard Simon** **304 Saunders Rd.** **Deerfield, IL 60015** | X | - | | | | | 1,458.54 |

Sheet no. __7___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **46,113.07**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Keith Charles Armato**                                                    , Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | water cooler bill | | | | |
| Ice Mountain P.O. Box 52214 Phoenix, AZ 85072 | X | - | | | | | | 179.48 |
| Account No. | | | | Statement 9/15 | | | | |
| Imagistics P.O. Box 856193 Louisville, KY 40285 | X | - | | | | | | 1,704.00 |
| Account No. | | | | | | | | |
| InnerWorkings 27011 Network Place Chicago, IL 60673 | X | - | | | | | | 2,158.97 |
| Account No. | | | | testing service | | | | |
| Intertek P.O. Box 99959 Chicago, IL 60696 | X | - | | | | | | 406.25 |
| Account No. | | | | | | | | |
| Jo's Candies 2530 W. 237th St. Torrance, CA 90505 | | - | | | | | | 72,771.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,219.70

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Keith Charles Armato**                                              ,   Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | |
| Juliana Potjeau P.O. Box 630530 Baltimore, MD 21263 | X | - | | | | | 20,000.01 |
| Account No. | | | | | | | |
| Kinders, Inc. and Figli Inc. 770 N. Halsted, Ste. 202 Chicago, IL 60622 | | - | | | | | 1,730,000.00 |
| Account No. | | | Technical Drawings | | | | |
| Legal Advantage P.O. Box 630530 Baltimore, MD 21263 | X | - | | | | | 1,407.50 |
| Account No. | | | phone | | | | |
| MCI P.O. Box 856053 Louisville, KY 40285 | X | - | | | | | 114.91 |
| Account No. | | | Freight | | | | |
| Mitsui OSK Lines 188 Industrial Dr., Ste. 300 Elmhurst, IL 60126 | X | - | | | | | 11,453.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,762,975.42**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Keith Charles Armato_____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MOL Logistics** <br> **2180 S. Wolf Rd.** <br> **Des Plaines, IL 60018** | X | - | **Consolidate services** | | | | 52,978.54 |
| Account No. <br><br> **O'Hare Logistics** <br> **1419 Lake Cook Rd., Ste. 150** <br> **Deerfield, IL 60015** | X | - | car service | | | | 1,973.72 |
| Account No. <br><br> **Octavia Tea** <br> **38W061 Tanglewood Dr.** <br> **Batavia, IL 60510** | | - | | | | | 7,300.00 |
| Account No. <br><br> **Office Meritime Monegasque** <br> **Stade Louis 2 Entre E** <br> **13 Avenue Des Castelans BP** <br> **Monaco Cedex MON 98012** | X | - | | | | | 1,422.64 |
| Account No. <br><br> **OfficeMax** <br> **Dept. 58 - P.O. Box 9020** <br> **Des Moines, IA 50368** | X | - | **Office supplies** | | | | 2,423.02 |

Sheet no. __10__ of __14__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)         66,097.92

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Keith Charles Armato**                                        ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Philip Armato** <br> **2718 Eastwood** <br> **Evanston, IL 60201** | | - | | | | | 25,000.00 |
| Account No. <br><br> **Po Hing Chang & Company** <br> **Flourish Food Manufactory Center** <br> **Unit B, 6/Fl., 18 Tai Lee St.** <br> **Yuen Long, N.T. HK** | X | - | Tin Manufacturer | | | | 884,361.76 |
| Account No. <br><br> **Regus Business Centre** <br> **90 Long Acre** <br> **Covenant Garden** <br> **London UK WC2E 94Z** | X | - | office space | | | | 4,600.00 |
| Account No. <br><br> **Rocco Fiori & Sons** <br> **P.O. Box 454** <br> **Highland Park, IL 60035** | | - | | | | | 40,362.63 |
| Account No. <br><br> **Rosemary Marlovits** <br> **1611 Albermarie Ct.** <br> **Naperville, IL 60563** | X | - | Loan | | | | 100,000.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,054,324.39**

Official Form 6F (10/06) - Cont.

In re   **Keith Charles Armato**                                              ,   Case No. _____
                                                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **SBC Internet Services P.O. Box 650396 Dallas, TX 75265** | X | - | | | | | | 1,176.40 |
| Account No. | | | | insurance | | | | |
| **State Farm Insurance P.O. Box 680001 Dallas, TX 75368** | X | - | | | | | | 894.67 |
| Account No. | | | | | | | | |
| **Tealuxe 25 Kenwood Circle, Ste. F Franklin, MA 02038** | | - | | | | | | 8,000.00 |
| Account No. | | | | insurance | | | | |
| **The Rockwood Company Norman J. Westerhold 20 N. Wacker Dr., Ste. 960 Chicago, IL 60606** | X | - | | | | | | 2,500.00 |
| Account No. | | | | Tin Manufacturer | | | | |
| **Triumph Can Company Flourish Fd Mfg Cntr-18 Tai Lee St. Yuen Long, Hong Kong CHI** | X | - | | | | | | 1,173,496.71 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,186,067.78

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Keith Charles Armato**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **UFG America, Inc.** 19395 E. Walnut Dr. North City Of Industry, CA 91714 | | - | | | | | 885,000.00 |
| Account No. **Union Friend Can Company** Union Friend Ind. Pk, Liao Keng Vil Shi Yan St., Shenzhen CHI | X | - | Tin Manufacturer | | | | 906,067.23 |
| Account No. **Unitech Prepress** P.O. Box 5943 Carol Stream, IL 60197 | X | - | Prepress service | | | | 13,496.22 |
| Account No. **UPS** Lockbox 577 Carol Stream, IL 60132 | X | - | shipping | | | | 10.50 |
| Account No. **UTI** 23/F, Tower 2, Ever Gain Plaza 88 Container Port Rd. Kwai Chung, N.T. HK | X | - | freight | | | | 21,864.25 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,826,438.20

Official Form 6F (10/06) - Cont.

In re __Keith Charles Armato_____,   Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Valter Nicodemis of the Italian Big Band Via Sacuary 160-65125 Pescara, Italy | | - | | | | | | 18,225.00 |
| Account No. | | | | Shareholder loan | | | | |
| VVGI Corporation 770 N. Halsted, Ste. 303 Winnetka, IL 60093 | | - | | | | | | 1,250,000.00 |
| Account No. | | | | former partners | | | | |
| Weimarc LLC 770 N. Halsted St., Ste. 205 Chicago, IL 60622 | X | - | | | | | | 1,811,760.00 |
| Account No. | | | | | | | | |
| Yellow Freight P.O. Box 73149 Chicago, IL 60673 | X | - | | | | | | 215.00 |
| Account No. | | | | legal services | | | | |
| Young Finkel & Silbert 33 N. LaSalle St., Ste. 900 Chicago, IL 60602 | X | - | | | | | | 12,785.90 |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 3,092,985.90 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 9,532,695.75 |

Form B6G
(10/05)

In re    **Keith Charles Armato**                                              ,    Case No. _____

_____
Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re   **Keith Charles Armato**                                                     ,   Case No. _____
_____
Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mary Armato**<br>**780 Foxdale**<br>**Winnetka, IL 60093** | **National City**<br>**P.O. Box 856153**<br>**Louisville, KY 40285-6153** |
| **Mary Armato**<br>**780 Foxdale**<br>**Winnetka, IL 60093** | **National City Mortgage**<br>**P.O. Box 17677**<br>**Baltimore, MD 21297-1677** |
| **Mary Armato**<br>**780 Foxdale**<br>**Winnetka, IL 60093** | **Toyota Financial Services**<br>**P.O. Box 5855**<br>**Carol Stream, IL 60197-5855** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Access Capital**<br>**405 Park Ave., 16th Fl.**<br>**New York, NY 10022** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Advanced Telecommunications**<br>**1811 Centre Point Circle**<br>**Naperville, IL 60563** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Amanda Magnano**<br>**780 Foxdale**<br>**Winnetka, IL 60093** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **AT&T**<br>**P.O. Box 13134**<br>**Newark, NJ 07112** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **AT&T**<br>**P.O. Box 277019**<br>**Atlanta, GA 30384** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **AT&T**<br>**P.O. Box 830019**<br>**Baltimore, MD 21283** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **AT&T**<br>**Bill Payment Center**<br>**Saginaw, MI 48663** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **AT&T**<br>**Bill Payment Center**<br>**Saginaw, MI 48663** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Chicago Messenger Service**<br>**3188 Eagle Way**<br>**Chicago, IL 60678** |

  **4**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Keith Charles Armato**                                    ,   Case No. _____

Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Cingular Wireless**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Cingular Wireless**<br>**P.O. Box 8229**<br>**Aurora, IL 60572** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Cingular Wireless**<br>**P.O. Box 8220**<br>**Aurora, IL 60572** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Classic Color**<br>**2424 S. 25th Ave.**<br>**Broadview, IL 60155** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **CNA Insurance**<br>**P.O. Box 790240**<br>**Saint Louis, MO 63179** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60668** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Conterm Consolidation**<br>**P.O. Box 51064**<br>**Los Angeles, CA 90051** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Dave Heeman**<br>**147 N. Ridgeland, Unit 3S**<br>**Oak Park, IL 60302** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Diner's Fugazy Travel**<br>**111 N. Wabash Ave., Ste. 820**<br>**Chicago, IL 60602** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Dominic Armato**<br>**1921 W. North Ave. #1**<br>**Chicago, IL 60622** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **CA Employee Development**<br>**P.O. Box 826276**<br>**Sacramento, CA 94230** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **FedEx**<br>**P.O. Box 94515**<br>**Palatine, IL 60094** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Federal Unemployment Tax**<br>**Internal Revenue Service**<br>**P.O. Box 1269**<br>**Charlotte, NC 28201-1269** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Keith Charles Armato**                                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Gardner Carton Douglas LLP**<br>**191 N. Wacker Dr., Ste. 3700**<br>**Chicago, IL 60606** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Global Phone**<br>**137 N. Washington St., Ste. 200**<br>**Falls Church, VA 22046** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Harris Bank**<br>**500 Skokie Blvd.**<br>**Northbrook, IL 60062** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **HBA Global Expo**<br>**125 Village Blvd, #220**<br>**Princeton, NJ 08540** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Healthcare Service**<br>**P.O. Box 1186**<br>**Chicago, IL 60690** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Howard Simon**<br>**304 Saunders Rd.**<br>**Deerfield, IL 60015** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **H.W. Fisher**<br>**Acre House**<br>**11/15 William Rd.**<br>**London UK NW1 3ER** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Illinois Director of Unemployment**<br>**P.O. Box 19300**<br>**Springfield, IL 62794** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60601** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Imagistics**<br>**P.O. Box 856193**<br>**Louisville, KY 40285** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **InnerWorkings**<br>**27011 Network Place**<br>**Chicago, IL 60673** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Intertek**<br>**P.O. Box 99959**<br>**Chicago, IL 60696** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Keith Charles Armato**                                            ,   Case No. _____
                                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Internal Revenue Service**<br>**Kansas City, MO 64999** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Juliana Potjeau**<br>**P.O. Box 630530**<br>**Baltimore, MD 21263** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Legal Advantage**<br>**P.O. Box 630530**<br>**Baltimore, MD 21263** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **MCI**<br>**P.O. Box 856053**<br>**Louisville, KY 40285** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Mitsui OSK Lines**<br>**188 Industrial Dr., Ste. 300**<br>**Elmhurst, IL 60126** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **MOL Logistics**<br>**2180 S. Wolf Rd.**<br>**Des Plaines, IL 60018** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **O'Hare Logistics**<br>**1419 Lake Cook Rd., Ste. 150**<br>**Deerfield, IL 60015** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **OfficeMax**<br>**Dept. 58 - P.O. Box 9020**<br>**Des Moines, IA 50368** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Office Meritime Monegasque**<br>**Stade Louis 2 Entre E**<br>**13 Avenue Des Castelans BP**<br>**Monaco Cedex MON 98012** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Po Hing Chang & Company**<br>**Flourish Food Manufactory Center**<br>**Unit B, 6/Fl., 18 Tai Lee St.**<br>**Yuen Long, N.T. HK** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Regus Business Centre**<br>**90 Long Acre**<br>**Covenant Garden**<br>**London UK WC2E 94Z** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Rosemary Marlovits**<br>**1611 Albermarie Ct.**<br>**Naperville, IL 60563** |

Sheet   **3**   of   **4**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

In re   **Keith Charles Armato**                                          ,   Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **SBC Internet Services**<br>**P.O. Box 650396**<br>**Dallas, TX 75265** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **State Farm Insurance**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **The Rockwood Company**<br>**Norman J. Westerhold**<br>**20 N. Wacker Dr., Ste. 960**<br>**Chicago, IL 60606** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Triumph Can Company**<br>**Flourish Fd Mfg Cntr-18 Tai Lee St.**<br>**Yuen Long, Hong Kong**<br>**CHI** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Union Friend Can Company**<br>**Union Friend Ind. Pk, Liao Keng Vil**<br>**Shi Yan St., Shenzhen**<br>**CHI** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Unitech Prepress**<br>**P.O. Box 5943**<br>**Carol Stream, IL 60197** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **UTI**<br>**23/F, Tower 2, Ever Gain Plaza**<br>**88 Container Port Rd.**<br>**Kwai Chung, N.T. HK** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Yellow Freight**<br>**P.O. Box 73149**<br>**Chicago, IL 60673** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Weimarc LLC**<br>**770 N. Halsted St., Ste. 205**<br>**Chicago, IL 60622** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Young Finkel & Silbert**<br>**33 N. LaSalle St., Ste. 900**<br>**Chicago, IL 60602** |
| **VVGI Corporation**<br>**770 N. Halsted, Ste. 303**<br>**Winnetka, IL 60093** | **Helen Grace**<br>**2369 E. Pacifica Place**<br>**Rancho Dominque, CA 90220** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6I (10/06)

In re   **Keith Charles Armato** _____   Case No. _____
                                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Executive** | |
| Name of Employer | **Michele Packaging Company** | |
| How long employed | **one month** | |
| Address of Employer | **1237 Capitol Drive** **Addison, IL 60101** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **10,000.00** | $ **N/A** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | | $ **10,000.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ **1,321.56** | $ **N/A** |
| b. Insurance | | $ **0.00** | $ **N/A** |
| c. Union dues | | $ **0.00** | $ **N/A** |
| d. Other (Specify): _____ | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **1,321.56** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **8,678.44** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **N/A** |
| 8. Income from real property | | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): _____ | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): _____ | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **8,678.44** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ **8,678.44** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re   **Keith Charles Armato**                                              Case No. _____

                                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 7,172.60 |
| a. Are real estate taxes included?                Yes __X__        No ___ | | |
| b. Is property insurance included?                Yes __X__        No ___ | | |
| 2. Utilities:        a. Electricity and heating fuel | $ | 235.00 |
| b. Water and sewer | $ | 160.00 |
| c. Telephone | $ | 160.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 750.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 370.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 200.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 758.35 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,005.95 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 8,678.44 |
| b. | Average monthly expenses from Line 18 above | $ | 11,005.95 |
| c. | Monthly net income (a. minus b.) | $ | -2,327.51 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Keith Charles Armato**

                                                    Debtor(s)

Case No.  _____

Chapter   **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **34** sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 16, 2007**

Signature   **/s/ Keith Charles Armato**

                              **Keith Charles Armato**
                              Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Keith Charles Armato**                                   Case No.                           
                                                      Debtor(s)           Chapter      **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$10,000.00** | **2007 - Michele Packaging Company** |
| **$15,000.00** | **2006 VVGI Corporation** |
| **$165,000.00** | **2005 - VVGI Corporation** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **SEE ATTACHMENT** | **Payments to Mary Armato were for household expenses** | **$0.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **UFG America Inc. v. VVGI Corp. d/b/a VinCenzo Intl., and Keith Armato, Case No. 06 C 6874** | **Civil Case** | **U.S. District Court, Northern IL** | **Judgment entered** |
| **UCI Corp. v. Joseph Marlovits and Dave Herman, Case No. 06 L 9517** | **Counterclaim** | **Circuit Court of Cook County** | **Settlement Entered** |
| **HSBC Bank Nevada, N.A. as Assignee of Neiman Marcus Group, Inc. v. Keith C. Armato, Case No. 05 L 013969** | **Civil case** | **Circuit Court of Cook County Illinois** | **Default Judgment entered** |
| **VVGI Corp., d/b/a VinCenzo Intl. v. Joseph Marlovits and David Heeman** | | | |
| **Joseph Marlovits v. VVGI Corporation d/b/a VinCenzo Intl. and Joseph Marlovits v. Keith Armato 06 L 9517** | **civil** | **Circuit Court of Cook County Illinois** | **settlement entered** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Bishop Abramowicz Seminary Program** | | 9/2/06 | $300.00 |
| **The Caring Outreach** | | 5/7/06 | $250.00 |
| **WomanCare Services Inc.** | | 10/4/06 | $300.00 |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Crane, Heyman, Simon, Welch & Clar 135 S. LaSalle Street Suite 3705 Chicago, IL 60603** | **12/1/06** | **$2,500.00** |
| **Crane, Heyman, Simon, Welch & Clar 135 S. LaSalle Street Suite 3705 Chicago, IL 60603** | **2/7/07** | **$2,500.00** |

### 10. Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Carmax** | **1/16/07** | **2002 Mercedes 600 S; received $25,000** |

**none**

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Harris Bank** | **a/c No. 59 003 18523** | **overdrawn -$158.00** |

5

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **VVGI Corporation** | **36-3966275** | **770 N. Halsted, Ste. 303 Chicago, IL 60622** | **Packaging Sales** | **8/1/99 - 12/18/06** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

7

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Randy Sylvan**<br>**Africk/Chez**<br>**770 Lake Cook Rd., Ste. 350**<br>**Deerfield, IL** | **5/1/05 to present** |
| **Keith Schoenfeld**<br>**Monrey & Schoenfeld**<br>**3 Hawthorn Pkwy, Ste. 150**<br>**Vernon Hills, IL 60061** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Randy Sylvan** | **Africk/Chez**<br>**770 Lake Cook Rd., Ste. 350**<br>**Deerfield, IL** | **5/1/05 - present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Randy Sylvan**<br>**5/1/05 - present** | **Africk/Chez**<br>**770 Lake Cook Rd., Ste. 350**<br>**Deerfield, IL** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **National City Mortgage**<br>**3232 Newmark Dr.**<br>**Miamisburg, OH 45342** | **11/1/06** |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **February 16, 2007**                            Signature   **/s/ Keith Charles Armato**
                                                                     **Keith Charles Armato**
                                                                     Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Question 3b

| Date | No. | Name | Amount | Total |
|------|-----|------|--------|-------|
| 9-Mar-06 | 1379 | Philip Armato | 1,000.00 | 1,000.00 |
| 6-Feb-06 | 1363 | Dominic Armato | 500.00 | |
| 10-Feb-06 | 1366 | Dominic Armato | 2,500.00 | |
| 22-Feb-06 | 1372 | Dominic Armato | 1,000.00 | |
| 9-Mar-06 | 1380 | Dominic Armato | 3,500.00 | |
| 9-Jun-06 | 1435 | Dominic Armato | 4,000.00 | |
| 12-Jul-06 | 1453 | Dominic Armato | 1,000.00 | |
| 19-Jul-06 | 1457 | Dominic Armato | 1,000.00 | |
| 24-Jul-06 | 1459 | Dominic Armato | 1,000.00 | |
| 31-Jul-06 | 1461 | Dominic Armato | 1,000.00 | |
| 9-Aug-06 | 1464 | Dominic Armato | 2,500.00 | |
| 16-Aug-06 | 1468 | Dominic Armato | 1,000.00 | |
| 21-Aug-06 | 1476 | Dominic Armato | 1,000.00 | |
| 5-Sep-06 | 1483 | Dominic Armato | 3,000.00 | |
| 15-Sep-06 | 1486 | Dominic Armato | 1,000.00 | |
| 27-Sep-06 | 1497 | Dominic Armato | 500.00 | |
| 6-Oct-06 | 1499 | Dominic Armato | 1,000.00 | |
| 13-Oct-06 | 1501 | Dominic Armato | 2,000.00 | |
| 24-Oct-06 | 1505 | Dominic Armato | 500.00 | |
| 1-Nov-06 | 1508 | Dominic Armato | 1,000.00 | |
| 16-Nov-06 | 1512 | Dominic Armato | 2,000.00 | 31,000.00 |
| 15-Feb-05 | 1368 | Mary Armato | 500.00 | |
| 20-Feb-06 | 1371 | Mary Armato | 1,000.00 | |
| 25-Feb-06 | 1376 | Mary Armato | 1,500.00 | |
| 10-Mar-06 | 1394 | Mary Armato | 500.00 | |
| 14-Mar-06 | 1395 | Mary Armato | 750.00 | |
| 22-Mar-06 | 1400 | Mary Armato | 1,800.00 | |
| 10-Apr-06 | 1403 | Mary Armato | 500.00 | |
| 17-Apr-06 | 1405 | Mary Armato | 500.00 | |
| 21-Apr-06 | 1406 | Mary Armato | 1,500.00 | |
| 27-Apr-06 | 1417 | Mary Armato | 1,000.00 | |
| 5-May-06 | 1420 | Mary Armato | 750.00 | |
| 15-May-06 | 1427 | Mary Armato | 150.00 | |
| 18-May-06 | 1429 | Mary Armato | 1,000.00 | |
| 26-May-06 | 1431 | Mary Armato | 1,800.00 | |
| 8-Jun-06 | 1434 | Mary Armato | 500.00 | |
| 15-Jun-06 | 1442 | Mary Armato | 1,000.00 | |
| 22-Jun-06 | 1443 | Mary Armato | 1,800.00 | |
| 12-Jul-06 | 1454 | Mary Armato | 900.00 | |
| 20-Jul-06 | 1458 | Mary Armato | 750.00 | |
| 27-Jul-06 | 1460 | Mary Armato | 1,500.00 | |
| 11-Aug-06 | 1465 | Mary Armato | 800.00 | |
| 19-Aug-06 | 1475 | Mary Armato | 500.00 | |
| 25-Aug-06 | 1479 | Mary Armato | 1,500.00 | |
| 31-Aug-06 | 1480 | Mary Armato | 1,500.00 | |
| 12-Sep-06 | 1484 | Mary Armato | 900.00 | |
| 26-Sep-06 | 1496 | Mary Armato | 1,500.00 | |
| 11-Oct-06 | 1500 | Mary Armato | 800.00 | |
| 19-Oct-06 | 1502 | Mary Armato | 300.00 | |
| 27-Oct-06 | 1506 | Mary Armato | 750.00 | |
| 7-Nov-06 | 1509 | Mary Armato | 1,000.00 | |
| 21-Nov-06 | 1513 | Mary Armato | 1,500.00 | |
| 8-Dec-06 | 1515 | Mary Armato | 700.00 | |
| 19-Dec-06 | 165 | Mary Armato | 900.00 | |
| 17-Jan-07 | 173 | Mary Armato | 1,000.00 | |
| 25-Jan-07 | 178 | Mary Armato | 1,000.00 | |
| 29-Jan-07 | 179 | Mary Armato | 500.00 | |
| 6-Feb-07 | 182 | Mary Armato | 1,000.00 | |
| 13-Feb-07 | 184 | Mary Armato | 1,000.00 | 36,850.00 |

| Question 3b - Insider payments | Content-Type: | message/rfc822 |
|---|---|---|
| | Content-Encoding: | 7bit |

## STATEMENT OF FINANCIAL AFFAIRS
## 3-B - INSIDER PAYMENTS

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Keith Charles Armato**
                                          Case No. _____
                        Debtor(s)         Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Single Family Home, 780 Foxdale, Winnetka, Illinois 60093** | **National City** | | | | **X** |
| **Single Family Home, 780 Foxdale, Winnetka, Illinois 60093** | **National City Mortgage** | | | | **X** |
| **2007 Toyota Avalon** | **Toyota Financial Services** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form 8 Cont.
(10/05)

In re    **Keith Charles Armato**                                                                                Case No.    _____
                                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date  **February 16, 2007**                        Signature    **/s/ Keith Charles Armato**
                                                                  **Keith Charles Armato**
                                                                  Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Keith Charles Armato**                            Case No. _____

                                      Debtor(s)               Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept......................................................... | $ | **5,000.00** |
| Prior to the filing of this statement I have received.............................................. | $ | **5,000.00** |
| Balance Due............................................................................................................ | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 16, 2007** _____      **/s/ SCOTT R. CLAR** _____

                                                **SCOTT R. CLAR**
                                                **Crane, Heyman, Simon, Welch & Clar**
                                                **Suite 3705**
                                                **135 South LaSalle Street**
                                                **Chicago, IL 60603-4297**
                                                **312-641-6777**

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **SCOTT R. CLAR** | X **/s/ SCOTT R. CLAR** | **February 16, 2007** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Keith Charles Armato** | X **/s/ Keith Charles Armato** | **February 16, 2007** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Keith Charles Armato**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                **82**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 16, 2007**                    **/s/ Keith Charles Armato**

**Keith Charles Armato**
Signature of Debtor

Access Capital
405 Park Ave., 16th Fl.
New York, NY 10022

Bergdorf Goodman
1200 Elm Street, Ste. 2800
Dallas, TX 75270

CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179

Advanced Telecommunications
1811 Centre Point Circle
Naperville, IL 60563

Bloomingdale's
P.O. Box 183083
Columbus, OH 43218-3083

Com Ed
Bill Payment Center
Chicago, IL 60668

Africk Chez P.C.
770 Lake Cook Rd., Ste. 350
Deerfield, IL 60015

CA Employee Development
P.O. Box 826276
Sacramento, CA 94230

Conterm Consolidation
P.O. Box 51064
Los Angeles, CA 90051

Amanda Magnano
780 Foxdale
Winnetka, IL 60093

Chicago Messenger Service
3188 Eagle Way
Chicago, IL 60678

Cristo Rey
1852 W. 22nd Place
Chicago, IL 60608

AT&T
P.O. Box 13134
Newark, NJ 07112

Ciga Gestioni SRI
Piazza Ognissanti 3
50100 Firznze
Italy

Dave Heeman
147 N. Ridgeland, Unit 3S
Oak Park, IL 60302

AT&T
P.O. Box 277019
Atlanta, GA 30384

Cingular Wireless
P.O. Box 6428
Carol Stream, IL 60197

Diner's Fugazy Travel
111 N. Wabash Ave., Ste. 820
Chicago, IL 60602

AT&T
P.O. Box 830019
Baltimore, MD 21283

Cingular Wireless
P.O. Box 8229
Aurora, IL 60572

Dominic Armato
1921 W. North Ave. #1
Chicago, IL 60622

AT&T
Bill Payment Center
Saginaw, MI 48663

Cingular Wireless
P.O. Box 8220
Aurora, IL 60572

East Bank Club
500 N. Kingsbury St.
Chicago, IL 60610

Bank of America
P.O. Box 17220
Baltimore, MD 21297-1220

Citicorp Diners Club
Dept. 341
Denver, CO 80281-0341

Federal Unemployment Tax
Internal Revenue Service
P.O. Box 1269
Charlotte, NC 28201-1269

Beaute Prestige Intl.
900 3rd Ave., 9th Fl.
New York, NY 10022

Classic Color
2424 S. 25th Ave.
Broadview, IL 60155

FedEx
P.O. Box 94515
Palatine, IL 60094

Fr. Wayne Watts
St. John Berchmans
2517 W. Logan Blvd.
Chicago, IL 60647

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60601

Legal Advantage
P.O. Box 630530
Baltimore, MD 21263

Gardner Carton Douglas LLP
191 N. Wacker Dr., Ste. 3700
Chicago, IL 60606

Illinois Deptment of Revenue
Springfield, IL 62719-0001

Mary Armato
780 Foxdale
Winnetka, IL 60093

Global Phone
137 N. Washington St., Ste. 200
Falls Church, VA 22046

Illinois Director of Unemployment
P.O. Box 19300
Springfield, IL 62794

MCI
P.O. Box 856053
Louisville, KY 40285

H.W. Fisher
Acre House
11/15 William Rd.
London UK NW1 3ER

Imagistics
P.O. Box 856193
Louisville, KY 40285

Mitsui OSK Lines
188 Industrial Dr., Ste. 300
Elmhurst, IL 60126

Harris Bank
500 Skokie Blvd.
Northbrook, IL 60062

InnerWorkings
27011 Network Place
Chicago, IL 60673

MOL Logistics
2180 S. Wolf Rd.
Des Plaines, IL 60018

HBA Global Expo
125 Village Blvd, #220
Princeton, NJ 08540

Internal Revenue Service
Kansas City, MO 64999

National City
P.O. Box 856153
Louisville, KY 40285-6153

Healthcare Service
P.O. Box 1186
Chicago, IL 60690

Intertek
P.O. Box 99959
Chicago, IL 60696

National City Mortgage
P.O. Box 17677
Baltimore, MD 21297-1677

Helen Grace
2369 E. Pacifica Place
Rancho Dominque, CA 90220

Jo's Candies
2530 W. 237th St.
Torrance, CA 90505

O'Hare Logistics
1419 Lake Cook Rd., Ste. 150
Deerfield, IL 60015

Howard Simon
304 Saunders Rd.
Deerfield, IL 60015

Juliana Potjeau
P.O. Box 630530
Baltimore, MD 21263

Octavia Tea
38W061 Tanglewood Dr.
Batavia, IL 60510

Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072

Kinders, Inc. and Figli Inc.
770 N. Halsted, Ste. 202
Chicago, IL 60622

Office Meritime Monegasque
Stade Louis 2 Entre E
13 Avenue Des Castelans BP
Monaco Cedex MON 98012

OfficeMax
Dept. 58 - P.O. Box 9020
Des Moines, IA 50368

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855

Yellow Freight
P.O. Box 73149
Chicago, IL 60673

Philip Armato
2718 Eastwood
Evanston, IL 60201

Triumph Can Company
Flourish Fd Mfg Cntr-18 Tai Lee St.
Yuen Long, Hong Kong
CHI

Young Finkel & Silbert
33 N. LaSalle St., Ste. 900
Chicago, IL 60602

Po Hing Chang & Company
Flourish Food Manufactory Center
Unit B, 6/Fl., 18 Tai Lee St.
Yuen Long, N.T. HK

UFG America, Inc.
19395 E. Walnut Dr. North
City Of Industry, CA 91714

Regus Business Centre
90 Long Acre
Covenant Garden
London UK WC2E 94Z

Union Friend Can Company
Union Friend Ind. Pk, Liao Keng Vil
Shi Yan St., Shenzhen
CHI

Rocco Fiori & Sons
P.O. Box 454
Highland Park, IL 60035

Unitech Prepress
P.O. Box 5943
Carol Stream, IL 60197

Rosemary Marlovits
1611 Albermarie Ct.
Naperville, IL 60563

UPS
Lockbox 577
Carol Stream, IL 60132

SBC Internet Services
P.O. Box 650396
Dallas, TX 75265

UTI
23/F, Tower 2, Ever Gain Plaza
88 Container Port Rd.
Kwai Chung, N.T. HK

State Farm Insurance
P.O. Box 680001
Dallas, TX 75368

Valter Nicodemis of the
Italian Big Band
Via Sacuary 160-65125
Pescara, Italy

Tealuxe
25 Kenwood Circle, Ste. F
Franklin, MA 02038

VVGI Corporation
770 N. Halsted, Ste. 303
Winnetka, IL 60093

The Rockwood Company
Norman J. Westerhold
20 N. Wacker Dr., Ste. 960
Chicago, IL 60606

Weimarc LLC
770 N. Halsted St., Ste. 205
Chicago, IL 60622