UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
ARMATO, KEITH CHARLES               §    Case No. 07-02733 JHS
                                    §
           Debtor(s)                §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/RONALD R. PETERSON_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 07-02733 | Judge: JOHN H. SQUIRES | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ARMATO, KEITH CHARLES | | Date Filed (f) or Converted (c): | 02/16/07 (f) |
| | | | 341(a) Meeting Date: | 03/13/07 |
| For Period Ending: | 05/04/11 | | Claims Bar Date: | 07/23/07 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. MB FINANCIAL A/C # 110434500 | 298.35 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. MB FINANCIAL 6111 N. RIVER RD., 7 TH FL., ROSEMONT | 8.75 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. FURNITURE, RUGS, SOFAS, DINING ROOM SET, BEDROOM S | 2,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. OIL PAINTING BY DAVID DELLA VENITZIA | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. CLOTHING | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. PATEK PHILLIPE WATCH | 8,000.00 | 0.00 | | 2,750.00 | FA | 0.00 | 0.00 |
| 7. PATEK PHILIPPE WATCH | 7,000.00 | 0.00 | | 2,750.00 | FA | 0.00 | 0.00 |
| 8. CUFFLINK - STUD SET | 9,000.00 | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 9. NIKON F 5 CAMERA | 800.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. OMAHA POLICY BU 1077090 - UNIVERSAL LIFE WITH FACE | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. WEST COAST LIFE INSURANCE POLICY # ZUA 372732 - UN | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. 100% INTEREST IN VVGI CORP. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 07-02733 | Judge: JOHN H. SQUIRES |
| --- | --- | --- |
| Case Name: | ARMATO, KEITH CHARLES | |

| Trustee Name: | RONALD R. PETERSON |
| --- | --- |
| Date Filed (f) or Converted (c): | 02/16/07 (f) |
| 341(a) Meeting Date: | 03/13/07 |
| Claims Bar Date: | 07/23/07 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. 2007 TOYOTA AVALON | 30,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. 2002 TOYOTA RAV 4 | 4,600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $65,707.10 | $0.00 | | $6,000.32 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor's personal property, jewelry, liquidated. The estate is ready for closing.

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 06/30/11

_____     Date: _____
RONALD R. PETERSON

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 07-02733 -JHS |
| Case Name: | ARMATO, KEITH CHARLES |
| Taxpayer ID No: | *******0262 |
| For Period Ending: | 05/04/11 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0516 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/10 | 8 | House of Kahn<br>231 Peruvian Ave<br>Palm Beach, Fl 33480 | Sale of Tangible Personal Property | 1129-000 | 500.00 | | 500.00 |
| 12/22/10 | 6, 7 | Harlan J. Berk, Ltd<br>31 North Clark Street<br>Chicago, Illinois 60602-2898 | | 1129-000 | 5,500.00 | | 6,000.00 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 6,000.02 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 6,000.17 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.22 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.27 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.32 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.32 | 0.00 | 6,000.32 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.32 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.32 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********0516 | 6,000.32 | 0.00 | 6,000.32 |
| | 6,000.32 | 0.00 | 6,000.32 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 6,000.32 0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-02733 | | Page 1 | | | Date: May 04, 2011 |
| Debtor Name: | ARMATO, KEITH CHARLES | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000016B 040 5800-00 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W Randolph St 7 400<br>Chicago, IL 60601 | Priority | Filed 01/12/11 | $0.00 | $7,519.57 | $7,519.57 |
| 000001 070 7100-00 | Advanced Telecommunications<br>1272 Bond St Suite 100<br>Naperville, IL 60563 | Unsecured | Filed 05/07/07 | $0.00 | $4,692.29 | $4,692.29 |
| 000002 070 7100-00 | Jo's Candies<br>2530 W. 237th St.<br>Torrance, CA 90505 | Unsecured | Filed 05/07/07 | $0.00 | $109,777.87 | $109,777.87 |
| 000003 070 7100-00 | Philip Armato<br>2718 Eastwood<br>Evanston, IL 60201 | Unsecured | Filed 05/09/07 | $0.00 | $25,000.00 | $25,000.00 |
| 000004 070 7100-00 | CA Employee Development<br>P.O. Box 826276<br>Sacramento, CA 94230 | Unsecured | Filed 05/21/07 | $0.00 | $0.00 | $0.00 |
| 000005 070 7100-00 | Fedex Customer Information Service<br>Fedex Customer Information Services<br>Attn Revenue Recovery Bankruptcy<br>2005 Corporate Avenue 2nd Floor<br>Memphis, TN 38132 | Unsecured | Filed 05/24/07 | $0.00 | $533.95 | $533.95 |
| 000006 070 7100-00 | Legal Advantage LLC<br>P.O. Box 630530<br>Baltimore, MD 21263 | Unsecured | Filed 05/25/07 | $0.00 | $1,407.50 | $1,407.50 |
| 000007 070 7100-00 | FDS Bank/Bloomingdales<br>c/o Tsys Debt Mgmt., Inc.<br>PO Box 137<br>Columbus, GA 31902 | Unsecured | Filed 05/29/07 | $0.00 | $432.63 | $432.63 |
| 000008 070 7100-00 | Ciga Gestioni SRI<br>Piazza Ognissanti 3<br>50100 Firznze<br>Italy | Unsecured | Filed 06/19/07 | $0.00 | $13,600.00 | $13,600.00 |
| 000009 070 7100-00 | Triumph Can Company<br>Flourish Fd Mfg Cntr-18 Tai Lee St.<br>Yuen Long, Hong Kong<br>CHI | Unsecured | Filed 06/25/07 | $0.00 | $1,153,496.71 | $1,153,496.71 |
| 000010 070 7100-00 | Po Hing Chang & Company<br>Flourish Food Manufactory Center<br>Unit B, 6/Fl., 18 Tai Lee St.<br>Yuen Long, N.T. HK | Unsecured | Filed 06/25/07 | $0.00 | $813,226.45 | $813,226.45 |
| 000011 070 7100-00 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126 | Unsecured | Filed 07/02/07 | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-02733 | | Page 2 | | | Date: May 04, 2011 |
| Debtor Name: | ARMATO, KEITH CHARLES | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Philadelphia, PA 19114 | | | | | |
| 000012 070 7100-00 | UFG America, Inc<br>Steven B Chaiken<br>Adelman & Gettleman Ltd<br>53 W Jackson Blvd Suite 1050<br>Chicago, IL 60604 | Unsecured | Filed 07/18/07 | $0.00 | $920,506.95 | $920,506.95 |
| 000013 070 7100-00 | MOL Logistics<br>Attn Bryan D Press Esq<br>125 Paterson Ave 2nd FL<br>Little Falls, NJ 07424 | Unsecured | Filed 07/19/07 | $0.00 | $11,893.01 | $11,893.01 |
| 000014 070 7100-00 | Roudup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | Filed 07/20/07 | $0.00 | $248.11 | $248.11 |
| 000015 070 7100-00 | Diner's Fugazy Travel<br>111 N. Wabash Ave., Ste. 820<br>Chicago, IL 60602 | Unsecured | Filed 07/23/07 | $0.00 | $5,358.00 | $5,358.00 |
| 000016A 080 7200-00 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W Randolph St 7 400<br>Chicago, IL 60601 | Unsecured | Filed 01/12/11 | $0.00 | $986.27 | $986.27 |
| | Case Totals: | | | $0.00 | $3,068,679.31 | $3,068,679.31 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-02733 JHS
Case Name: ARMATO, KEITH CHARLES
Trustee Name: RONALD R. PETERSON

Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016B | Illinois Department of Revenue Bankruptcy Unit 100 W Randolph St 7 400 Chicago, IL 60601 | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advanced Telecommunications 1272 Bond St Suite 100 Naperville, IL 60563 | $ | $ | $ |
| 000002 | Jo's Candies 2530 W. 237th St. Torrance, CA 90505 | $ | $ | $ |
| 000003 | Philip Armato 2718 Eastwood Evanston, IL 60201 | $ | $ | $ |
| 000004 | CA Employee Development P.O. Box 826276 Sacramento, CA 94230 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Fedex Customer Information Service Fedex Customer Information Services Attn Revenue Recovery Bankruptcy 2005 Corporate Avenue 2nd Floor Memphis, TN 38132 | $ | $ | $ |
| 000006 | Legal Advantage LLC P.O. Box 630530 Baltimore, MD 21263 | $ | $ | $ |
| 000007 | FDS Bank/Bloomingdales c/o Tsys Debt Mgmt., Inc. PO Box 137 Columbus, GA 31902 | $ | $ | $ |
| 000008 | Ciga Gestioni SRI Piazza Ognissanti 3 50100 Firznze Italy | $ | $ | $ |
| 000009 | Triumph Can Company Flourish Fd Mfg Cntr-18 Tai Lee St. Yuen Long, Hong Kong CHI | $ | $ | $ |
| 000010 | Po Hing Chang & Company Flourish Food Manufactory Center Unit B, 6/Fl., 18 Tai Lee St. Yuen Long, N.T. HK | $ | $ | $ |
| 000011 | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | UFG America, Inc<br>Steven B Chaiken<br>Adelman & Gettleman Ltd<br>53 W Jackson Blvd Suite 1050<br>Chicago, IL 60604 | $ | $ | $ |
| 000013 | MOL Logistics<br>Attn Bryan D Press Esq<br>125 Paterson Ave 2nd FL<br>Little Falls, NJ 07424 | $ | $ | $ |
| 000014 | Roudup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000015 | Diner's Fugazy Travel<br>111 N. Wabash Ave., Ste. 820<br>Chicago, IL 60602 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W Randolph St 7 400<br>Chicago, IL 60601 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors   $_____

   Remaining Balance                        $_____

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                  NONE