UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
ARMATO, KEITH CHARLES § Case No. 07-02733 JHS
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE U.S. BANKRUPTCY COURT
        KENNETH S. GARDNER
        219 S. Dearborn St.
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/16/2011 in Courtroom 680,
        UNITED STATES BANKRUPTCY COURT
        219 S. Dearborn St.
        Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/11/2011        By: UNITED STATES BANKRUPTCY COURT
                                         COURT
                                                   Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
ARMATO, KEITH CHARLES § Case No. 07-02733 JHS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.32 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,000.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,350.03 | $ 0.00 | $ 1,350.03 |
| Trustee Expenses: RONALD R. PETERSON | $ 26.15 | $ 0.00 | $ 26.15 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,376.18 |
| Remaining Balance | | $ | 4,624.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,519.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016B | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W Randolph St 7 400<br>Chicago, IL 60601 | $ 7,519.57 | $ 0.00 | $ 4,624.14 |
| | Total to be paid to priority creditors | | | $ 4,624.14 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,060,173.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advanced Telecommunications<br>1272 Bond St Suite 100<br>Naperville, IL 60563 | $ 4,692.29 | $ 0.00 | $ 0.00 |
| 000002 | Jo's Candies<br>2530 W. 237th St.<br>Torrance, CA 90505 | $ 109,777.87 | $ 0.00 | $ 0.00 |
| 000003 | Philip Armato<br>2718 Eastwood<br>Evanston, IL 60201 | $ 25,000.00 | $ 0.00 | $ 0.00 |
| 000004 | CA Employee Development<br>P.O. Box 826276<br>Sacramento, CA 94230 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Fedex Customer Information Service<br>Fedex Customer Information Services<br>Attn Revenue Recovery Bankruptcy<br>2005 Corporate Avenue<br>2nd Floor<br>Memphis, TN 38132 | $ 533.95 | $ 0.00 | $ 0.00 |
| 000006 | Legal Advantage LLC<br>P.O. Box 630530<br>Baltimore, MD 21263 | $ 1,407.50 | $ 0.00 | $ 0.00 |
| 000007 | FDS Bank/Bloomingdales<br>c/o Tsys Debt Mgmt., Inc.<br>PO Box 137<br>Columbus, GA 31902 | $ 432.63 | $ 0.00 | $ 0.00 |
| 000008 | Ciga Gestioni SRI<br>Piazza Ognissanti 3<br>50100 Firznze<br>Italy | $ 13,600.00 | $ 0.00 | $ 0.00 |
| 000009 | Triumph Can Company<br>Flourish Fd Mfg Cntr-18<br>Tai Lee St.<br>Yuen Long, Hong Kong<br>CHI | $ 1,153,496.71 | $ 0.00 | $ 0.00 |
| 000010 | Po Hing Chang & Company<br>Flourish Food Manufactory Center<br>Unit B, 6/Fl., 18 Tai Lee St.<br>Yuen Long, N.T. HK | $ 813,226.45 | $ 0.00 | $ 0.00 |
| 000011 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | UFG America, Inc<br>Steven B Chaiken<br>Adelman & Gettleman Ltd<br>53 W Jackson Blvd Suite 1050<br>Chicago, IL 60604 | $ 920,506.95 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | MOL Logistics<br>Attn Bryan D Press Esq<br>125 Paterson Ave 2nd FL<br>Little Falls, NJ 07424 | $ 11,893.01 | $ 0.00 | $ 0.00 |
| 000014 | Roudup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 248.11 | $ 0.00 | $ 0.00 |
| 000015 | Diner's Fugazy Travel<br>111 N. Wabash Ave., Ste. 820<br>Chicago, IL 60602 | $ 5,358.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 986.27 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W Randolph St 7 400<br>Chicago, IL 60601 | $ 986.27 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 07-02733-JHS
Keith Charles Armato                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster           Page 1 of 2             Date Rcvd: May 12, 2011
                              Form ID: pdf006           Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2011.
```
db         +Keith Charles Armato,    780 Foxdale,    Winnetka, IL 60093-1908
aty        +Scott R Clar,   Crane Heyman Simon Welch & Clar,     135 S Lasalle Suite 3705,
             Chicago, IL 60603-4101
tr         +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
11182479   +AT&T,    Bill Payment Center,    Saginaw, MI 48663-0001
11182477   +AT&T,    P.O. Box 277019,    Atlanta, GA 30384-7019
11182478   +AT&T,    P.O. Box 830019,    Baltimore, MD 21283-0019
11182476   +AT&T,    P.O. Box 13134,    Newark, NJ 07101-5634
11182472   +Access Capital,    405 Park Ave., 16th Fl.,    New York, NY 10022-9437
11351459   +Advanced Telecommunications,    1272 Bond St Suite 100,    Naperville, IL 60563-2687
11182474   +Africk Chez P.C.,    770 Lake Cook Rd., Ste. 350,    Deerfield, IL 60015-4940
11182475   +Amanda Magnano,    780 Foxdale,    Winnetka, IL 60093-1908
11182481   +Beaute Prestige Intl.,    900 3rd Ave., 9th Fl.,    New York, NY 10022-4728
11182482   +Bergdorf Goodman,    1201 Elm Street, Ste. 2800,    Dallas, TX 75270-2106
11182483    Bloomingdale's,    P.O. Box 183083,    Columbus, OH 43218-3083
11182484   +CA Employee Development,    P.O. Box 826276,    Sacramento, CA 94230-6276
11182492   +CNA Insurance,    P.O. Box 790094,    Saint Louis, MO 63179-0094
11182485   +Chicago Messenger Service,    3188 Eagle Way,    Chicago, IL 60678-1031
11182486    Ciga Gestioni SRI,    Piazza Ognissanti 3,    50100 Firznze,    Italy
11182487   +Cingular Wireless,    P.O. Box 6428,    Carol Stream, IL 60197-6428
11182488   +Cingular Wireless,    P.O. Box 8229,    Aurora, IL 60572-8229
11182489   +Cingular Wireless,    P.O. Box 8220,    Aurora, IL 60572-8220
11182490    Citicorp Diners Club,    Dept. 341,    Denver, CO 80281-0341
11182491   +Classic Color,    2424 S. 25th Ave.,    Broadview, IL 60155-3874
11182494   +Conterm Consolidation,    P.O. Box 51064,    Los Angeles, CA 90051-5364
11182495   +Cristo Rey,    1852 W. 22nd Place,    Chicago, IL 60608-4322
11182496   +Dave Heeman,    147 N. Ridgeland, Unit 3S,    Oak Park, IL 60302-2692
11182497   +Diner's Fugazy Travel,    111 N. Wabash Ave., Ste. 820,    Chicago, IL 60602-1935
11182499   +East Bank Club,    500 N. Kingsbury St.,    Chicago, IL 60654-5799
11390897   +FDS Bank/Bloomingdales,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,    Columbus, GA 31902-0137
11182501   +FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
11182500    Federal Unemployment Tax,    Internal Revenue Service,    P.O. Box 1269,    Charlotte, NC 28201-1269
11386298   +Fedex Customer Information Service,    Fedex Customer Information Services,
             Attn Revenue Recovery Bankruptcy,    2005 Corporate Avenue 2nd Floor,    Memphis, TN 38132-1702
11182502   +Fr. Wayne Watts,    St. John Berchmans,    2517 W. Logan Blvd.,    Chicago, IL 60647-1997
11182503   +Gardner Carton Douglas LLP,    191 N. Wacker Dr., Ste. 3700,    Chicago, IL 60606-1698
11182504   +Global Phone,    137 N. Washington St., Ste. 200,    Falls Church, VA 22046-4576
11182505    H.W. Fisher,    Acre House,    11/15 William Rd.,    London UK NW1 3ER
11182507   +HBA Global Expo,    125 Village Blvd, #220,    Princeton, NJ 08540-5753
11182506   +Harris Bank,    500 Skokie Blvd.,    Northbrook, IL 60062-2856
11182508   +Healthcare Service,    P.O. Box 1186,    Chicago, IL 60690-1186
11182509   +Helen Grace,    2369 E. Pacifica Place,    Rancho Dominque, CA 90220-6212
11182510   +Howard Simon,    304 Saunders Rd.,    Deerfield, IL 60015-3858
11182512   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Unit,
             100 W Randolph St 7 400,    Chicago, IL 60601)
11182517   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,     Internal Revenue Service,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
11182511   +Ice Mountain,    P.O. Box 52214,    Phoenix, AZ 85072-2214
16662232    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11182513    Illinois Deptment of Revenue,    Springfield, IL 62719-0001
11182514   +Illinois Director of Unemployment,    P.O. Box 19300,    Springfield, IL 62794-9300
11182515   +Imagistics,    P.O. Box 856193,    Louisville, KY 40285-6193
11182516   +InnerWorkings,    27011 Network Place,    Chicago, IL 60673-1270
11182518   +Intertek,    P.O. Box 99959,    Chicago, IL 60696-7759
11182519   +Jo's Candies,    2530 W. 237th St.,    Torrance, CA 90505-5217
11182520   +Juliana Potjeau,    P.O. Box 630530,    Baltimore, MD 21263-0530
11182521   +Kinders, Inc. and Figli Inc.,    770 N. Halsted, Ste. 202,    Chicago, IL 60642-6930
11182522   +Legal Advantage LLC,    P.O. Box 630530,    Baltimore, MD 21263-0530
11182524   +MCI,    P.O. Box 856053,    Louisville, KY 40285-6053
11493212   +MOL Logistics,    Attn Bryan D Press Esq,    125 Paterson Ave 2nd FL,    Little Falls, NJ 07424-4626
11182526   +MOL Logistics,    2180 S. Wolf Rd.,    Des Plaines, IL 60018-1932
11182527    National City,    P.O. Box 856153,    Louisville, KY 40285-6153
11182529   +O'Hare Logistics,    1419 Lake Cook Rd., Ste. 150,    Deerfield, IL 60015-5229
11182530   +Octavia Tea,    38W061 Tanglewood Dr.,    Batavia, IL 60510-9532
11182531    Office Meritime Monegasque,    Stade Louis 2 Entre E,    13 Avenue Des Castelans BP,
             Monaco Cedex MON 98012
11182532    OfficeMax,    Dept. 58 - P.O. Box 9020,    Des Moines, IA 50368
11182533   +Philip Armato,    2718 Eastwood,    Evanston, IL 60201-1520
11182534    Po Hing Chang & Company,    Flourish Food Manufactory Center,    Unit B, 6/Fl., 18 Tai Lee St.,
             Yuen Long, N.T. HK
11182535    Regus Business Centre,    90 Long Acre,    Covenant Garden,    London UK WC2E 94Z
```

```
District/off: 0752-1            User: gbeemster            Page 2 of 2              Date Rcvd: May 12, 2011
                                Form ID: pdf006            Total Noticed: 83

11182536     +Rocco Fiori & Sons,    P.O. Box 454,   Highland Park, IL 60035-0454
11495757      Roudup Funding, LLC,   MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11182538     +SBC Internet Services,    P.O. Box 650396,   Dallas, TX 75265-0396
11182539     +State Farm Insurance,    P.O. Box 680001,   Dallas, TX 75368-0001
11182542    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial Services,    P.O. Box 5855,
               Carol Stream, IL 60197-5855)
11182540     +Tealuxe,   25 Kenwood Circle, Ste. F,    Franklin, MA 02038-3231
11182541     +The Rockwood Company,    Norman J. Westerhold,    20 N. Wacker Dr., Ste. 960,
               Chicago, IL 60606-2900
11182543      Triumph Can Company,    Flourish Fd Mfg Cntr-18 Tai Lee St.,    Yuen Long, Hong Kong,    CHI
11182544     +UFG America, Inc,    Steven B Chaiken,   Adelman & Gettleman Ltd,    53 W Jackson Blvd Suite 1050,
               Chicago, IL 60604-3786
11182547     +UPS,    Lockbox 577,   Carol Stream, IL 60132-0001
11182548      UTI,    23/F, Tower 2, Ever Gain Plaza,    88 Container Port Rd.,    Kwai Chung, N.T. HK
11182550      VVGI Corporation,    770 N. Halsted, Ste. 303,    Winnetka, IL 60093
11182549      Valter Nicodemis of the,    Italian Big Band,    Via Sacuary 160-65125,    Pescara, Italy
11182551     +Weimarc LLC,   770 N. Halsted St., Ste. 205,    Chicago, IL 60642-6939
11182552     +Yellow Freight,    P.O. Box 73149,   Chicago, IL 60673-7149
11182553     +Young Finkel & Silbert,    33 N. LaSalle St., Ste. 900,    Chicago, IL 60602-3419
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11182493     +E-mail/Text: legalcollections@comed.com May 12 2011 22:23:11     Com Ed,    Bill Payment Center,
               Chicago, IL 60668-0001
11849843      E-mail/PDF: rmscedi@recoverycorp.com May 13 2011 00:20:08
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11182545      Union Friend Can Company,    Union Friend Ind. Pk, Liao Keng Vil,    Shi Yan St., Shenzhen,    CHI
11182473    ##+Advanced Telecommunications,    1811 Centre Point Circle,    Naperville, IL 60563-2601
11182480    ##+Bank of America,    P.O. Box 17220,   Baltimore, MD 21297-1220
11182498    ##+Dominic Armato,    1921 W. North Ave. #1,   Chicago, IL 60622-1316
11182523    ##+Mary Armato,    780 Foxdale,   Winnetka, IL 60093-1908
11182525    ##+Mitsui OSK Lines,    188 Industrial Dr., Ste. 300,   Elmhurst, IL 60126-1611
11182528    ##+National City Mortgage,    P.O. Box 17677,   Baltimore, MD 21297-1677
11182537    ##+Rosemary Marlovits,    1611 Albermarie Ct.,   Naperville, IL 60563-2001
11182546    ##+Unitech Prepress,    P.O. Box 5943,   Carol Stream, IL 60197-5943
                                                                                     TOTALS: 1, * 0, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2011**              **Signature:**        *Joseph Speetjens*