**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| ARMATO, KEITH CHARLES | § | Case No. 07-02733 JHS |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 4,624.18 | Claims Discharged<br>Without Payment: 3,064,055.31 |
| Total Expenses of Administration: 1,376.19 | |

3) Total gross receipts of $ 6,000.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.37 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,376.19 | 1,376.19 | 1,376.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 7,519.57 | 7,519.57 | 4,624.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 3,061,159.74 | 3,061,159.74 | 0.18 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 3,070,055.50 | $ 3,070,055.50 | $ 6,000.37 |

4) This case was originally filed under chapter 7 on 02/16/2007 . The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/31/2011 By:/s/RONALD R. PETERSON

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PATEK PHILLIPE WATCH | 1129-000 | 2,750.00 |
| PATEK PHILIPPE WATCH | 1129-000 | 2,750.00 |
| CUFFLINK - STUD SET | 1129-000 | 500.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.37 |
| **TOTAL GROSS RECEIPTS** | | $ 6,000.37 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK LLP | 2100-000 | NA | 1,350.04 | 1,350.04 | 1,350.04 |
| RONALD PETERSON | 2200-000 | NA | 26.15 | 26.15 | 26.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,376.19 | $ 1,376.19 | $ 1,376.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016B | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 7,519.57 | 7,519.57 | 4,624.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 7,519.57 | $ 7,519.57 | $ 4,624.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ADVANCED TELECOMMUNICATIONS | 7100-000 | NA | 4,692.29 | 4,692.29 | 0.00 |
| 000004 | CA EMPLOYEE DEVELOPMENT | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | CIGA GESTIONI SRI | 7100-000 | NA | 13,600.00 | 13,600.00 | 0.00 |
| 000011 | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000015 | DINER'S FUGAZY TRAVEL | 7100-000 | NA | 5,358.00 | 5,358.00 | 0.00 |
| 000007 | FDS BANK/BLOOMINGDALES | 7100-000 | NA | 432.63 | 432.63 | 0.00 |
| 000005 | FEDEX CUSTOMER INFORMATION SERVICE | 7100-000 | NA | 533.95 | 533.95 | 0.00 |
| 000002 | JO'S CANDIES | 7100-000 | NA | 109,777.87 | 109,777.87 | 0.00 |
| 000006 | LEGAL ADVANTAGE LLC | 7100-000 | NA | 1,407.50 | 1,407.50 | 0.00 |
| 000013 | MOL LOGISTICS | 7100-000 | NA | 11,893.01 | 11,893.01 | 0.00 |
| 000003 | PHILIP ARMATO | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 000010 | PO HING CHANG & COMPANY | 7100-000 | NA | 813,226.45 | 813,226.45 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | ROUDUP FUNDING, LLC | 7100-000 | NA | 248.11 | 248.11 | 0.00 |
| 000009 | TRIUMPH CAN COMPANY | 7100-000 | NA | 1,153,496.71 | 1,153,496.71 | 0.00 |
| 000012 | UFG AMERICA, INC | 7100-000 | NA | 920,506.95 | 920,506.95 | 0.00 |
| 000016A | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | NA | 986.27 | 986.27 | 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 7990-000 | NA | NA | NA | 0.18 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 3,061,159.74 | $ 3,061,159.74 | $ 0.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 07-02733 Judge: JOHN H. SQUIRES
Case Name: ARMATO, KEITH CHARLES

For Period Ending: 08/31/11

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 02/16/07 (f)
341(a) Meeting Date: 03/13/07
Claims Bar Date: 07/23/07

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. MB FINANCIAL A/C # 110434500 | 298.35 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. MB FINANCIAL 6111 N. RIVER RD., 7 TH FL., ROSEMONT | 8.75 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. FURNITURE, RUGS, SOFAS, DINING ROOM SET, BEDROOM S | 2,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. OIL PAINTING BY DAVID DELLA VENITZIA | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. CLOTHING | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. PATEK PHILLIPE WATCH | 8,000.00 | 0.00 | | 2,750.00 | FA | 0.00 | 0.00 |
| 7. PATEK PHILIPPE WATCH | 7,000.00 | 0.00 | | 2,750.00 | FA | 0.00 | 0.00 |
| 8. CUFFLINK - STUD SET | 9,000.00 | 0.00 | | 500.00 | FA | 0.00 | 0.00 |
| 9. NIKON F 5 CAMERA | 800.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. OMAHA POLICY BU 1077090 - UNIVERSAL LIFE WITH FACE | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. WEST COAST LIFE INSURANCE POLICY # ZUA 372732 - UN | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. 100% INTEREST IN VVGI CORP. | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 07-02733 Judge: JOHN H. SQUIRES
Case Name: ARMATO, KEITH CHARLES

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 02/16/07 (f)
341(a) Meeting Date: 03/13/07
Claims Bar Date: 07/23/07

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. 2007 TOYOTA AVALON | 30,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. 2002 TOYOTA RAV 4 | 4,600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $65,707.10 | $0.00 | | $6,000.37 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor's personal property, jewelry, liquidated. The estate is ready for closing.

Initial Projected Date of Final Report (TFR): 12/31/08 Current Projected Date of Final Report (TFR): 06/30/11

__________________________________________ Date: __________________

RONALD R. PETERSON

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-02733 -JHS
Case Name: ARMATO, KEITH CHARLES

Taxpayer ID No: *******0262
For Period Ending: 08/31/11

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0516 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/10 | 8 | House of Kahn<br>231 Peruvian Ave<br>Palm Beach, Fl 33480 | Sale of Tangible Personal Property | 1129-000 | 500.00 | | 500.00 |
| 12/22/10 | 6, 7 | Harlan J. Berk, Ltd<br>31 North Clark Street<br>Chicago, Illinois 60602-2898 | | 1129-000 | 5,500.00 | | 6,000.00 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 6,000.02 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 6,000.17 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.22 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.27 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.32 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,000.37 |
| 06/16/11 | | Transfer to Acct #*******9289 | Bank Funds Transfer | 9999-000 | | 6,000.37 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 6,000.37 | 6,000.37 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,000.37 | |
| Subtotal | 6,000.37 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.37 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 6,000.37 | 6,000.37 |

Ver: 16.02b

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-02733 -JHS
Case Name: ARMATO, KEITH CHARLES

Taxpayer ID No: *******0262
For Period Ending: 08/31/11

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9289 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/11 | | Transfer from Acct #*******0516 | Bank Funds Transfer | 9999-000 | 6,000.37 | | 6,000.37 |
| 06/16/11 | 003001 | Jenner & Block LLP<br>535 North Clark<br>Chicago, Ill 60654-3456 | Trustee's compensation | 2100-000 | | 1,350.04 | 4,650.33 |
| 06/16/11 | 003002 | Ronald Peterson<br>353 North Clark Street<br>Chicago, Illinois 060654-3456 | Trustee Expenses | 2200-000 | | 26.15 | 4,624.18 |
| 06/16/11 | 003003 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W Randolph St 7 400<br>Chicago, IL 60601 | Priority Late Claim | | | 4,624.18 | 0.00 |
| | | | Claim 4,624.00 | 5800-000 | | | |
| | | | Interest 0.18 | 7990-000 | | | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 6,000.37 | 6,000.37 | 0.00 |
| Less: Bank Transfers/CD's | 6,000.37 | 0.00 | |
| Subtotal | 0.00 | 6,000.37 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,000.37 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********0516 | 6,000.37 | 0.00 | 0.00 |
| BofA - Checking Account - ********9289 | 0.00 | 6,000.37 | 0.00 |
| | 6,000.37 | 6,000.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 6,000.37 | 6,000.37 |

Ver: 16.02b

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-02733 -JHS
Case Name: ARMATO, KEITH CHARLES

Taxpayer ID No: *******0262
For Period Ending: 08/31/11

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9289 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - ********0516 | | | | |
| | | | BofA - Checking Account - ********9289 | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |